■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH BRUCE, Appellant.—Appeal from a judgment of the County Court of Cortland County, rendered July 31, 1979, convicting defendant on his plea of guilty to the crimes of attempted burglary in the second degree, attempted robbery in the second degree and assault in the second degree. Judgment affirmed. (See *People v McAllister,* 58 AD2d 713; *People v Harris,* 57 AD2d 663.) Mahoney, P. J., Greenblott, Sweeney, Main and Mikoll, JJ., concur.